1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LENA HAMMETT,

                                    CASE NO. CV-F-07-1195 LJO DLB

**ORDER AFTER NOTICE OF VOLUNTARY DISMISSAL**

                    Plaintiff,

        vs.

ELVIN EUGENE HAMMETT, also known as
Gene Hammett, *et al.*,

                    Defendants.
_____/

        On March 14, 2008, Plaintiff Lena Hammett ("Plaintiff") filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a). (Doc. 14) as to defendant C.L. Bryant, Inc., a California corporation. Fed. R. Civ. P. 41 confers onto a plaintiff "an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *American Soccer Co. Inc., v. Score First Enterprises*, 187 F.3d 1108, 1109 (9th Cir. 1999) (citing *Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)* (citations and footnote omitted).  C.L. Bryant Inc. has not served an answer in this action.  Accordingly, this action is DISMISSED as to defendant C.L. Bryant, Inc. only. The clerk is directed to TERMINATE C.L. Bryant, Inc. as a defendant.

IT IS SO ORDERED.

**Dated:    March 19, 2008**              _____
                                             **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE