UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA HAMMETT,<br><br>          Plaintiff,<br><br>     vs.<br><br>ELVIN EUGENE HAMMETT, also known as Gene Hammett, *et al.*,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-07-1195 LJO DLB<br><br>**ORDER VACATING SCHEDULING CONFERENCE; SETTING STATUS CONFERENCE AND GRANTING EXTENSION OF TIME TO SERVE DEFENDANT** |

The Scheduling Conference set for March 26, 2008 is VACATED. For good cause shown, the Court grants plaintiff's request for an enlargement of time to serve Defendant United States for an additional 30 days from the date of this order. The Court SETS a Status Conference for April 15, 2008 at 8:15 a.m. in Department 4 of this Court. One week prior to the conference, counsel for plaintiff shall file a declaration stating exactly what has been accomplished, and by whom (i.e. the status of service) and when the Court may expect the defendant's response.

IT IS SO ORDERED.

**Dated:    March 20, 2008**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE