Randolf Krbechek (SBN 143120)
Kimberly L. Mayhew (SBN 199105)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 225-6550
Facsimile: (559) 225-7912
Email: rkrbechek@caswellbell.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

***

| | |
|---|---|
| LENA HAMMETT, an individual, | Case No. 1:07-CV-01195-LJO-DLB |
| Plaintiff, | |
| vs. | **ORDER SUBSTITUTING PARTY TO LAWSUIT** |
| ELVIN EUGENE HAMMETT, aka GENE HAMMETT, an individual; C.L. BRYANT, INC., a California corporation; the UNITED STATES OF AMERICA; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud on plaintiff's title thereto; and DOES 1-50, inclusive, | |
| Defendants. | |

Upon reviewing and considering the motion to substitute party to lawsuit brought pursuant to Federal Rules of Civil Procedure, Rule 25(a),

IT IS ORDERED THAT Vaudine Cullins be substituted as the plaintiff in this action in place of Lena Hammett.

IT IS SO ORDERED.

Dated:  **March 25, 2008**              **/s/ Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE

1

Order Substituting Party to Lawsuit