IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA HAMMETT,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ELVIN EUGENE HAMMETT,<br>et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 07-1195 LJO DLB<br><br>**ORDER TO SIGN AND RETURN<br>MAGISTRATE JUDGE CONSENT FORM** |

The parties' counsel indicated that they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court:

    1.    ORDERS counsel for the United States of America, **no later than July 3, 2008,** to date, sign and file a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form");[1] and

    2.    DIRECTS the clerk to attach a consent form to this order.

**All papers shall bear the new case number CV F 07-1195 DLB.**

IT IS SO ORDERED.

**Dated:   June 18, 2008**                        **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's counsel signed a consent form at the June 18, 2008 scheduling conference.

1