IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA HAMMETT, | CASE NO. CV F 07-1195 LJO DLB |
| Plaintiff, | **SCHEDULING CONFERENCE ORDER** |
| vs. | F.R.Civ.P. 26(a)(1) |
| ELVIN EUGENE HAMMETT, et al., | Initial Disclosures: July 3, 2008 |
| Defendants. | Discovery Cutoff: September 2, 2008 |
| | Pretrial Motion Filing Deadline: September 9, 2008 |
| | Pretrial Motion Hearing Deadline: October 10, 2008 |
| | Settlement Conf.: None set. |
| | Pretrial Conf.: Date: October 30, 2008<br>Time: 8:30 a.m.<br>Dept.: 9 (DLB) |
| | Court Trial:<br>(2 days est.) Date: December 15, 2008<br>Time: 8:30 a.m.<br>Dept.: 9 (DLB) |

This Court conducted a June 18, 2008 scheduling conference. Plaintiff Vaudine Cullins in place of Lena Hammett appeared by counsel Randolf Krbechek, Caswell Bell & Hillison LLP. Defendant United States of America appeared by U.S. Department of Justice Trial Attorney Erin Ashwell. Pursuant to F.R.Civ.P. 16(b), this Court sets a schedule for this action.

1

1. **F.R.Civ.P. 26(a)(1) Initial Disclosures**

The parties shall serve their respective F.R.Civ.P. 26(a)(1) initial disclosures no later than **July 3, 2008**.

2. **Amendment To The Parties' Pleadings**

Plaintiff, no later than **July 3, 2008**, shall file and serve her papers to seek to amend her complaint. Defendant United States of America, no later than **July 25, 2008**, shall file and serve its papers to oppose amendment of the complaint. The motion to amend the complaint will be heard by United States Magistrate Judge Dennis L. Beck.

3. **Consent To Magistrate Judge**

All parties consent to the conduct of all further proceedings by U.S. Magistrate Judge Dennis L. Beck. After the United States of America executes a magistrate judge consent form, this action will be assigned to U.S. Magistrate Dennis L. Beck to conduct all further proceedings, including trial and entry of judgment. All papers shall bear the new case number **CV F 07-1195 DLB**.

4. **Expert Witnesses**

The parties anticipate that they will neither disclose nor call expert witnesses.

5. **Discovery Cutoffs And Limits**

All discovery shall be completed no later than **September 2, 2008**.

6. **Pretrial Motion Schedule**

All pretrial motions, both dispositive and nondispositive (except motions in limine), shall be served <u>and filed</u> no later than **September 9, 2008**. All pretrial dispositive and nondispositive motions (except motions in limine) shall be set before the appropriate judge for a hearing to be conducted no later than **October 10, 2008**.

At the pretrial conference, the Court will set filing and hearing dates for motions in limine.

7. **Mandatory Settlement Conference**

This Court sets no settlement conference at this time. This Court will set a settlement conference if the parties jointly request a settlement conference by telephoning the Court at (559) 499-5670 to arrange a settlement conference before a U.S. Magistrate Judge other than Magistrate Judge Beck.

If this Court conducts a settlement conference and unless otherwise permitted in advance by the

1   Court, <u>the attorneys who will try the case</u> shall appear at the settlement conference <u>with the parties and
2   the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the
3   conference.

4         **No later than seven days prior to the settlement conference**, each party shall submit <u>directly
5   to the settlement conference judge's chambers</u> a confidential settlement conference statement.  This
6   statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>.  Each
7   statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory
8   settlement conference indicated prominently. Counsel are urged to request the return of their statements.
9   If such request is not made, the Court will dispose of the statement.

10         The confidential settlement conference statement shall include the following:
11         A.    A brief statement of the facts of the case;
12         B.    A brief statement of the claims and defenses (i.e., statutory or other grounds upon which
13   the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the
14   claims and defenses, and a description of the major issues in dispute;
15         C.    A summary of the proceedings to date;
16         D.    An estimate of the cost and time to be expended for further pretrial and trial matters,
17   including discovery;
18         E.    The relief sought; and
19         F.    The party's position on settlement, **including the amount which or otherwise what the
20   party will accept to settle, realistic settlement expectations**, present demands and offers, and a history
21   of past settlement discussions, offers, and demands.

22         This Court will vacate the settlement conference if the Court finds the settlement conference will
23   be neither productive nor meaningful to attempt to resolve all or part of this case.  As far in advance of
24   the settlement conference as possible, a party shall inform the Court and other parties that it believes the
25   case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise
26   the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of
27   the case.
28   / / /

**8.   Pretrial Conference**

This Court sets a pretrial conference for **October 30, 2008 at 8:30 a.m.** in Department 9 (DLB) of this Court. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281. In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in WordPerfect format to ljoorders@caed.uscourts.gov.

The parties' attention is directed to this Court's Local Rules 16-281 and 16-282. This Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, jury instructions, exhibits, objections, and other trial documents.

**9.   Trial Date**

A two-day court trial is set for **December 15, 2008 at 8:30 a.m.** in Department 9 (DLB) of this Court.

At this time, the parties request no bifurcation of issues.

**10.   Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

**Dated:   June 18, 2008**              /s/ Lawrence J. O'Neill
                                        **UNITED STATES DISTRICT JUDGE**