| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 3 | Telephone: (559) 497-4000 |
| 4 | |
| | ANDY R. CAMACHO |
| 5 | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| 6 | P.O. Box 683 |
| | Ben Franklin Station |
| 7 | Washington, D.C. 20044-0683 |
| | (202) 307-1481 |
| 8 | andy.r.camacho@usdoj.gov |
| 9 | Attorneys for Defendant |
| | The United States of America |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VAUDINE CULLINS, | ) |
| Plaintiff, | ) **Civil No. 07-CV-01195-LJO-DLB** |
| | ) |
| v. | ) **UNITED STATES' SUBSTITUTION OF COUNSEL** |
| ELVIN EUGENE HAMMETT, et al. | ) |
| Defendants. | ) |

The United States of America, through counsel, hereby gives notice that, effective on the date hereof, Andy R. Camacho, Trial Attorney, Tax Division, United States Department of Justice, will replace Erin Ashwell as counsel for the United States of America in the above-captioned matter. All correspondence and inquires should be directed to Andy R. Camacho at the address set forth below. The undersigned counsel hereby enters an appearance on behalf of the United States of America.

3547549.1

1 | Respectfully submitted this 29th day of August, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Andy R. Camacho
ANDY R. CAMACHO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-1481
andy.r.camacho@usdoj.gov

Attorneys for Defendant
The United States of America

IT IS SO ORDERED.

Dated:   **September 11, 2008**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

UNITED STATES' SUBSTITUTION
OF COUNSEL                              - 2 -                              3547549.1