1  Kimberly L. Mayhew (SBN 199105)
   CASWELL BELL & HILLISON LLP
2  5200 North Palm Avenue, Suite 211
   Fresno, California  93704
3  Telephone:  (559) 225-6550
   Facsimile:  (559) 225-7912
4  Email: kmayhew@caswellbell.com

5  Attorneys for Plaintiff Lena Hammett

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA  –  FRESNO DIVISION**

***

| | |
|---|---|
| LENA HAMMETT, an individual, | Case No.  07cv01195 DLB |
| Plaintiff, | |
| vs. | **ORDER DISMISSING DEFENDANT UNITED STATES OF AMERICA** |
| ELVIN EUGENE HAMMETT, aka GENE HAMMETT, an individual; C.L. BRYANT, INC., a California corporation; the UNITED STATES OF AMERICA; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud on plaintiff's title thereto; and DOES 1-50, inclusive, | **ORDER DENYING REQUEST FOR ENTRY OF DEFAULT JUDGMENT** |
| Defendants. | |

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. Defendant United States of America is dismissed from this action with prejudice.  Defendant United States of America shall be responsible for its own costs and attorneys' fees; and

1  2. The parties' request for default judgment against Defendant Elvin Eugene
2  Hammett is DENIED. Requests for default judgment must be made by noticed motion,
3  pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.
4
5  IT IS SO ORDERED.
6     **Dated:**   **January 20, 2009**                **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE